**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE:  COMPOUNDING PHARMACY    )
PRODUCT LIABILITY LITIGATION            )            MDL No. 2419

### MASSACHUSETTS PLAINTIFF LANCE MARTIN, TOBY MARTIN AND ALL OTHER PERSONS SIMILARLY SITUATED, CONCURRENCE WITH PLAINTIFFS ERKAN'S AND COLE'S MOTION TO EXPEDITE

Now come Plaintiffs, Lance Martin, Toby Martin and all other persons similarly situated, by and through their attorneys, *Sheff Law Offices*, who hereby concur in the relief sought in Plaintiffs Erkan's and Cole's Motion to Expedite.

Respectfully Submitted,

*SHEFF LAW OFFICES, P.C.*

/s/ Frank J. Federico, Jr.
Douglas K. Sheff, BBO # 544072
dsheff@shefflaw.com
Donald R. Grady, Jr. BBO #544841
dgrady@shefflaw.com
Frank J. Federico, Jr. BBO # 550193
ffederico@shefflaw.com
Joseph N. Magner, BBO # 678599
jmagner@shefflaw.com
10 Tremont Street, 7th Fl.
Boston, MA  02108
Tel:  617-227-7000
Fax: 617-227-8833

        AND

        Law Offices of K. William Kyros
        K. William Kyros, BBO# 634442
        [kon@kyroslaw.com](mailto:kon@kyroslaw.com)
        17 Miles Road
        Hingham, MA 02043
        Tel:  1-800-934-2921

Dated:  November 9, 2012